# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDGARDO ALBEDYLL,<br>    Plaintiff(s),<br>v.<br>WALMART, INC.,<br>    Defendant(s). | Case No. 2:19-cv-02235-GMN-NJK<br>**Order** |

On April 6, 2021, the Court issued an order setting a settlement conference and requiring the submission of settlement statements by email. Docket No. 49. The order also provided as follows:

> To be clear, this email address is provided for the sole purpose of submitting settlement statements. Litigants are not permitted to otherwise engage in *ex parte* communications through this email address.

*Id.* at 3 n.3. On May 14, 2021, in granting the parties' stipulation to continue the settlement conference, the Court amended the settlement conference order in that the parties were required to submit hard copies of their settlement statements rather than emailed copies. Docket No. 51 at 1. Accordingly, there is no reason for the parties to be emailing the undersigned's chambers.

Nonetheless, the Court has received email communications from both parties in violation of the above order. The Court hereby CAUTIONS the parties and counsel to cease emailing the undersigned. Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: August 11, 2021

    _____
    Nancy J. Koppe
    United States Magistrate Judge