# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDGARDO ALBEDYLL,<br>　　　Plaintiff(s),<br>v.<br>WALMART, INC.,<br>　　　Defendant(s). | Case No. 2:19-cv-02235-GMN-NJK<br><br>**Order** |

On August 12, 2021, the Court ordered that dismissal papers must be filed by September 9, 2021. Docket No. 55. To date, neither dismissal papers or a proper request to extend has been filed.[1] Accordingly, the Court **ORDERS** the parties to file dismissal papers by September 27, 2021.

IT IS SO ORDERED.

Dated: September 20, 2021

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] On September 2, 2021, Defendant filed a notice of settlement. Docket No. 57. As the Court was already aware of the settlement reached, *see* Docket No. 55, it is unclear why this notice was filed. To the extent the notice was meant as an implicit request for extension, such a filing should have been fashioned as a stipulation or motion.

1